39 A.3d 905

IN THE MATTER OF MICHAEL S. ETKIN, AN ATTORNEY
AT LAW (ATTORNEY NO. 007471981).

April 4, 2012.

## ORDER

This matter having been duly presented to the Court, it is ORDERED that **MICHAEL S. ETKIN** of **LIVINGSTON,** who was admitted to the bar of this State in 1981, and who was suspended from the practice of law for a period of three months effective January 4, 2012, by Order of this Court filed December 8, 2011, be restored to the practice of law, effective immediately.